# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

AN WENYING, CAI LIQUN, DAI JING, FAN XIN, et al., individually and as Limited Partners of Godfrey Hotel Fund, LP,

*Plaintiff*,

-against-

GODFREY HOTEL FUND GP, LLC; JOHN W. RUTLEDGE; DAVID FINKELSTEIN; OXFORD CAPITAL GROUP, LLC; and OXFORD 127 HURON HOTEL VENTURE PROPERTY COMPANY, LLC,

*Defendants*,

Case No. 26-cv-8533

**DECLARATION OF HUANG XIAOLAN**

Huang Xiaolan declares the following:

1. I am over 18 years of age, under no disability, and I have personal knowledge of the facts set forth herein.

2. I am a Limited Partner in Godfrey Hotel Fund, LP.

3. My I-526 petition was approved on 08/19/2024, granting me conditional permanent resident status in the United States of America.

4. My current residence is in New York.

5. I bank at a JP Morgan Chase Bank, N.A. branch located in New York.

6. I am employed at Starlight NY Management, Inc. located in New York.

7. My Driver's License was issued by New York.

8. My Vehicle is registered in New York.

9. I pay state/municipal taxes in New York.

10. I was therefore a lawful permanent resident domiciled in New York on June 10, 2026, when the Complaint was filed in the Circuit Court of Cook County, Illinois and when the Second Amended Notice of Removal was filed in District Court for the Northern District of Illinois.

11. I intend to remain in New York indefinitely.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct..

Executed the 17th day of August, 2026.

Xiao Lan Huang

Huang Xiaolan